HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KEN HOUSE and DIANE COLLINS,<br><br>Plaintiffs,<br><br>vs.<br>ROBERT LANDIS, JR., in personam; the F/V TOWNSEND, Official Number 579279, her engines, machinery, appurtenances and cargo, in rem;<br><br>Defendants | Case No.: C08-5075RBL<br><br>AT LAW AND AT ADMIRALTY<br><br>**ORDER GRANTING LEAVE TO JOHN MERRIAM TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD** |

The Court having heard a motion by John Merriam, attorney of record for the plaintiff in this matter, to withdraw as attorney of record. The Court has reviewed all papers submitted in support of and in opposition thereto, if any. It is hereby,

ORDERED, ADJUDGED AND DECREED that John Merriam is allowed to withdraw as the attorney of record for the plaintiff in the above-entitled cause, effective on the 11th day of July, 2008.

DATED this 1st day of July, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING LEAVE TO JOHN MERRIAM TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD
CASE NO. C08-5075RBL

John W. Merriam
4005 20th Avenue West, Suite 110
Seattle, Washington   98199

1

Presented by:

LAW OFFICE OF JOHN MERRIAM

By: ___s/J. Merriam___
John Merriam, WSBA#12749
Withdrawing Attorney for Plaintiff
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-