THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KEN HOUSE and DIANE COLLINS,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT LANDIS, JR., in personam; the F/V TOWNSEND, Official Number 579279, her engines, machinery, appurtenances and cargo, in rem;,<br><br>    Defendants. | At Law or In Admiralty<br><br>No. C08-5075RBL<br><br>**ORDER DISMISSING PLAINTIFFS' COMPLAINT AND ORDER TO REMOVE PLAINTIFFS' RECORDED LIENS FROM THE F/V TOWNSEND'S ABSTRACT OF TITLE** |

    This matter came before the Court on Defendant Robert Landis, Jr.'s Motion for Summary Judgment and for an Order that Plaintiffs' Liens Recorded against the F/V TOWNSEND be Removed. The Court has considered Defendant's motion, the declarations and exhibits in support thereof, Plaintiffs response in opposition, and Defendant's reply, based on the evidence presented, NOW, THEREFORE, the Court hereby finds as follows:

    1.    Plaintiff Ken House has failed to set forth specific facts or to present significant probative evidence to support his claim of personal injury, and consequently has

[Proposed] ORDER DISMISSING PLAINTIFFS' COMPLAINT AND ORDER TO REMOVE PLAINTIFFS' RECORDED LIENS FROM THE F/V TOWNSEND'S ABSTRACT OF TITLE – Page 1

27068 jg230702

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

1. failed to establish that there is any genuine issue as to any material fact related to his claim of personal injury;

2. Plaintiff Ken House has failed to set forth specific facts or to present significant probative evidence to support his wage claim, and consequently has failed to establish that there is any genuine issue as to any material fact related to his wage claim;

3. Plaintiff Diane Collins has failed to set forth specific facts or to present significant probative evidence to support her wage claim, and consequently has failed to establish that there is any genuine issue as to any material fact related to her wage claim;

4. Plaintiff Ken House has failed to establish entitlement to a lien against the F/V TOWNSEND based on his alleged personal injury and wage claims;

5. Plaintiff Diane Collins has failed to establish entitlement to a lien against the F/V TOWNSEND based on her alleged wage claim;

6. Plaintiffs have failed to raise any genuine issues of material fact;

7. Defendant is entitled to judgment as a matter of law; and

8. Defendant is entitled to attorney fees in the amount of $500 as the prevailing party under 46 U.S.C.A. § 31343(c)(2).

THE COURT HEREBY DECLARES, that the liens recorded by Plaintiffs against the F/V TOWNSEND, U.S.C.G. No. 579279, (Documents 8426900 and 8426903, dated February 6, 2008, and attached hereto as Exhibit A) are of no effect and should be removed from the F/V TOWNSEND's Abstract of Title.

IT IS HEREBY ORDERED, that Defendant Robert Landis, Jr.'s Motion for Summary Judgment and for an Order that Plaintiffs' Liens Recorded against the F/V

[Proposed] ORDER DISMISSING PLAINTIFFS' COMPLAINT AND ORDER TO REMOVE PLAINTIFFS' RECORDED LIENS FROM THE F/V TOWNSEND'S ABSTRACT OF TITLE – Page 2

27068 jg230702

Le Gros Buchanan & Paul
701 Fifth Avenue
Suite 2500
Seattle, Washington 98104-7051
(206) 623-4990

TOWNSEND be Removed is GRANTED. Plaintiffs' complaint is hereby dismissed with prejudice.

IT IS FURTHER ORDERED, that the liens recorded by Plaintiffs against the F/V TOWNSEND, U.S.C.G. No. 579279, (Documents 8426900 and 8426903, dated February 6, 2008, and attached hereto as Exhibit A) be removed from the F/V TOWNSEND's Abstract of Title.

IT IS FURTHER ORDERED, that Plaintiffs shall pay the amount of $500 to Defendant.

DATED this 11th day of September, 2008.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

*s/Markus B.G. Oberg*
MARKUS B.G. OBERG, WSBA #34914
Attorneys for Defendant
LeGros Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, WA 98104
Telephone: (206) 623-4990
Fax: (206) 467-4828
E-mail: moberg@legros.com

[Proposed] ORDER DISMISSING PLAINTIFFS' COMPLAINT
AND ORDER TO REMOVE PLAINTIFFS' RECORDED LIENS
FROM THE F/V TOWNSEND'S ABSTRACT OF TITLE – Page 3
27068 jg230702

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990