# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

KEN HOUSE & DIANE COLLINS,

v.

ROBERT LANDIS, JR, in personam; the
F/V TOWNSEND, Official No. 579279, her
engines, machiner, appurtenancers and cargo, in rem;,

CASE NUMBER:  C08-5075RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Robert Landis, Jr's Motion for Summary Judgment and for an Order that Plaintiffs' Liends Recorded against the F/V Townsend be Removed is GRANTED.  Plaintiffs' complaint is here by DISMISSED with prejudice.

The Liens recorded by Plaintiffs against the F/V TOWNSEND, U.S.C.G. No. 579279, (Documents 8426900 and 8426903) dated February 6, 2008, are of no effect and should be removed from the F/V TOWNSEND'S Abstract of Title.

DATED :    10/1/2008

      BRUCE  RIFKIN
      *Clerk*

      /s/   Jean Boring
      *(By) Deputy Clerk*, Jean Boring